IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-CR-00055-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH PAUL MOSTELLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on a *pro se* letter submitted by Defendant (Doc. 18), which the Court will construe as a motion.

Local Criminal Rule 47.1 provides in pertinent part as follows:

> **(g)** *Pro Se Motions Filed By Criminal Defendants Who Have Not Waived Their Right to Counsel.* Except for challenges to the effective assistance of counsel, the Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived the right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver. Exceptions to this general rule may be made in the discretion of the judicial officer considering the *pro se* motion.

As Defendant is represented by counsel, his *pro se* motion will be denied.

It is so ordered.

Signed: September 15, 2023

W. Carleton Metcalf
United States Magistrate Judge